PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
for
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 20 2012

U.S.A.   Diglio, Maria            Docket   12 CR 171 – 21 (JPO)

## Petition for Action on Conditions of Pretrial Release

COMES NOW ____Thomas J. Marino____ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant ____Diglio, Maria____ who was placed under pretrial release supervision by the Honorable ____Theodore Katz____ sitting in the court ____SDNY____, on the ____29th____ of ____February____, ____2012____

The defendant was released with the following bail conditions: $500,000 bond secured by $15,000 in cash/property, cosigned by two financially responsible individuals, surrender all travel documents and no new applications, routine Pretrial Services supervision, travel restricted to the Southern and Eastern Districts of New York, District of New Jersey and the continental United States with her children on three days notice to Pretrial Services, and no legal work related to the health care industry.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Your Honor, this officer respectfully requests that the defendant report once a week to Pretrial Services via the Internet/Web in lieu of in person reporting. This officer has spoken to Assistant United States Attorney, Daniel Goldman and defense attorney, Stephen Scaring and they had no objections to this proposed modification.

PRAYING THAT THE COURT WILL ORDER

ORDER OF COURT

Considered and ordered ____19____ day of ____March____, 20 __12__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge
J. Paul Oetken

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 19, 2012

_____
U.S. Pretrial Services Officer

Place   Southern District Of New York